448-15

# ELECTRONIC RECORD

CCA #    09-14-00358-CR                    OFFENSE:    Habeas Corpus

STYLE:   Ex Parte Amir Tavakkoli          PUNISHMENT:

                                          COUNTY:    Montgomery

TRIAL COURT:        County Court at Law No 1          Appellant's Pro Se    MOTION
TRIAL COURT #:      14-28246               FOR REHEARING IS:    OVERRULED
TRIAL COURT JUDGE:  Judge Dennis D. Watson  DATE:    03-25-15
DISPOSITION:    AFFIRMED                   JUDGE:    PER CURIAM

DATE:    03-04-15

          Chief Justice

JUSTICE:   Steve McKeithen      PC   NO   S   YES
PUBLISH:   NO                   DNP:   YES

CLK RECORD:    10-17-14         SUPP CLK RECORD:
RPT RECORD:    09-11-14         SUPP RPT RECORD:
STATE BR:      12-05-14         SUPP BR:
APP BR:        11-03-14         PRO SE BR:

448-15

# IN THE COURT OF CRIMINAL APPEALS

ELECTRONIC RECORD                     CCA #    PD-0448-15

------------------

_PRO SE_    Petition               Disposition:
FOR DISCRETIONARY REVIEW IN CCA IS:  DATE:
_REFUSED_                            JUDGE:
DATE:   06/10/2015                  SIGNED:              PC:
JUDGE:   Per Curiam                 PUBLISH:             DNP:

------------------

_____ MOTION FOR REHEARING IN        MOTION FOR STAY OF MANDATE IS:

CCA IS: _____ ON _____    _____ ON _____

JUDGE: _____    JUDGE: _____